No. 75–5857.  RUBIO-CASTRO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 75–5861.  HAWKINS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 75–5887.  PRYOR v. CALIFORNIA.  App. Dept., Super. Ct. Cal., County of Orange.  Certiorari denied.

No. 75–5899.  MEADOWS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–5901.  WHITE v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 75–5909.  LEE v. WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA.  C. A. 5th Cir.  Certiorari denied.

No. 75–5912.  BROOKS v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 75–5930.  ADGERSON v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 75–5931.  STALEY v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 75–5934.  ACUNA-PALOMINO v. UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 75–5936.  HERNANDEZ-MARTINEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 75–5937.  PEREZ-VEGA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 75–5940.  KLATKE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.